**Order filed October 6, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00621-CR
_____

### DANIEL JAMES GRAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 06-CR-1249**

## ORDER

The clerk's record in this appeal was filed September 16, 2022.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the May 31, 2022 Order of Findings and Fact and Conclusions of Law.

The Galveston County District Clerk is directed to file a supplemental clerk's record on or before **October 17, 2022**, containing the above listed item.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.